**IT IS ORDERED as set forth below:**

Date: March 28, 2011

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge
_____

```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                        ROME DIVISION


IN RE:                         )    CHAPTER 7
                               )
CHRISTOPHER S. WILSON,         )    CASE NO. 11-40103-PWB
SABRINA D. WILSON,             )
                               )
     Debtor(s).                )
-----------------------------  -   ----------------------------------
                               )
U.S. BANK, N.A. ITS ASSIGNS    )    CONTESTED MATTER
AND/OR SUCCESSORS IN           )
INTEREST,                      )
                               )
     Movant,                   )
                               )
vs.                            )
                               )
CHRISTOPHER S. WILSON,         )
SABRINA D. WILSON, and         )
TRACEY L. MONTZ, as            )
Trustee,                       )
                               )
     Respondents.              )
```

ORDER

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 11 N Pheasant Run SE, Rome, GA. 30161, as more particularly described in Exhibit "A"

attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for 03/23/2011, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant, its successors and assigns, to commence foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be paid to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

**[END OF DOCUMENT]**

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: /s/Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342
(404) 231-4567

**PARTIES TO BE SERVED**

Christopher S. Wilson
Sabrina D. Wilson
11 North Pheasant Run SE
Rome, Georgia 30161

J. Nevin Smith, Esquire
Smith & Diment
402 Newnan Street
Carrollton, GA 30117

Tracey L. Montz, Esq.
Suite 108-#406
2146 Roswell Road
Marietta, GA 30062-3813

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342